UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ERIC VALENTIN<br><br>Defendant | CRIMINAL No. 18-CR-10041-RWZ-3 |

**RESPONSE BY GOVERNMENT TO DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME TO REPLY TO GOVERNMENT'S OPPOSITON**

The United States of America, by Andrew E. Lelling, United States Attorney, and Philip Mallard, Assistant United States Attorney for the District of Massachusetts, does not object to the defendant's motion for an enlargement of time.

The government also wishes to respond to the defendant's allegations in his motion for enlargement pertaining to the mailing of the government's motion to dismiss (ECF Docket #110). In particular, the defendant states that "AUSA'S: Wortmann & Mallard intentionally placed on the Manila envelope" "Valentin's incorrect prison ID number citing 00731-031, incorrectly [(sic)] which prevented Valentin from receiving the Response timely as a tactical advantage & to prevent Valentin's timely reply..." *Defendant's Motion Requesting Enlargement*, p. 1, ECF Docket #117. The defendant also included a scan of the envelope he received as an exhibit to his motion, indicating the prisoner number on the mailing was "00731-031." An image of the envelope provided by the defendant as exhibit 1 follows:



The Government wishes to clarify the record that the Government's motion to dismiss was mailed to the defendant at the same address he provided in the original Section 2255 petition and used the same prisoner number that the defendant provided on that document. The government provides a cut and paste of a portion of the defendant's signature line to the Section 2255 petition, where he identifies his prisoner number as "00731-031" (ECF Docket #103):

```
Case 1:18-cr-10041-RWZ   Document 103   Filed 11/19/18   Page 15 of 15


      Singed under 28 U.S.C.§1746, under 28 U.S.C.§1746, under penalties
      of perjury the above & the following to be true, correct & complete.
                                  Pro-Se.

                           Respectfully Submitted By
                             Petitioner/Affiant:
                           _____
                                Eric Valentin
                                  00731-031
                                 FCI Fort Dix
                                P.O. Box 2000
                                Joint Base MDL
                             Fort Dix, New Jersey
                                    08640
```

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:

*/s/ Philip A. Mallard*
PHILIP A. MALLARD
Assistant U.S. Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston MA 02210
617-748-3674

CERTIFICATE OF SERVICE

    I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Additionally, a copy will be mailed to the defendant, Eric Valentin, via firstclass mail to his current address: Eric Valentin, 00731-138, FCI Fort Dix, P.O. Box 2000, Joint Base MDL, Fort Dix, New Jersey, 08640 (the address obtained from the signature line of ECF docket #117.

*/s/ Philip A. Mallard*
PHILIP A. MALLARD
Assistant U.S. Attorney

January 24, 2019